1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

DEREK LOFLIN,

          Plaintiff,

v.

CAPITAL ONE BANK (USA), N.A.,

          Defendant.

Case No. 1:18-cv-00584-DAD-EPG

*Assigned to Dale A. Drozd; Referred to Magistrate Judge Erica P. Grosjean*

**ORDER GRANTING JOINT MOTION TO CONTINUE THE SCHEDULING CONFERENCE SET FOR AUGUST 7, 2018 TO AUGUST 21, 2018; ORDER THEREON**

Complaint Filed:   April 27, 2018

**DOLL AMIR & ELEY LLP**

## ORDER

For good cause appearing, the Court hereby GRANTS the Joint Motion filed on July 19, 2018 by Plaintiff Derek Loflin and Defendant Capital One Bank (USA), N.A. such that the Scheduling Conference initially set for August 7, 2018 is hereby continued to August 23, 2018 at 10:00 a.m.  To participate telephonically, each party is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

IT IS SO ORDERED.

Dated:   **July 19, 2018**                    /s/ *Eric P. Groß*
                                    UNITED STATES MAGISTRATE JUDGE

1