Jeremy E. Branch (CA Bar # 303240)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217
F: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff,
DEREK LOFLIN

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK LOFLIN, <br><br> Plaintiff, <br><br> vs. <br><br> CAPITAL ONE BANK (USA) N.A., <br><br> Defendant | Case No.: 1:18-cv-00584-EPG <br><br> MAGISTRATE JUDGE ERICA P. GROSJEAN |

## NOTICE OF SETTLEMENT

Plaintiff, Derek Loflin notifies this Court that Plaintiff and Defendant, CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings.  The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

/ / /

1 | Dated: June 20, 2019.

*/s/ Jeremy E. Branch*
Jeremy E. Branch (CA Bar # 303240)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217
F: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff, DEREK LOFLIN

# CERTIFICATE OF SERVICE

I certify that on June 20, 2019 I served Plaintiff Derek Loflin's Notice of Settlement on counsel of record for the Defendant (listed below) via email:

Marcos D. Sasso (Bar No. 228905)
BALLARD SPAHR LLP
2029 Century Park East, Suite 800
Los Angeles, CA 90067-2909
T:(424) 204-4400
F:(424) 204-4350
E: sassom@ballardspahr.com
Attorneys for Defendant,
CAPITAL ONE BANK (USA), N.A.

*/s/ Jeremy E. Branch*
Jeremy E. Branch (CA Bar # 303240)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA 92880
T: (866) 329-9217
F: (657) 246-1312
E: JeremyB@jlohman.com
Attorney for Plaintiff, DEREK LOFLIN