UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK LOFLIN,<br><br>        Plaintiff,<br><br>v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>        Defendants. | Case No: 1:18-cv-00584-EPG<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

**[PROPOSED] ORDER OF DISMISSAL**

Plaintiff, Derek Loflin ("Plaintiff"), and Defendant Capital One Bank (USA), N.A., ("Defendant"), having filed a Joint Stipulation of Dismissal and the Court being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's claims against Defendant are DISMISSED with prejudice.  Each party shall bear their own costs and attorney's fees.

SO ORDERED.

Dated: _____          _____
                                                            Erica P. Grosjean
                                                            United States Magistrate Judge