# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEREK LOFLIN,<br><br>        Plaintiff,<br><br>    v.<br><br>CAPITAL ONE BANK (USA) N.A.,<br><br>        Defendant. | Case No. 1:18-cv-00584-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 28) |

Plaintiff, Derek Loflin, and Defendant, Capital One Bank (USA) N.A., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 28). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **August 8, 2019**

/s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE